UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON LASSETER,

          Plaintiff,

v.

                                          CASE NO.:  **8:18-cv-01580-JDW-AEP**

DIVERSIFIED CONSULTANTS, INC.,

          Defendant

_____ /

### NOTICE OF SETTLEMENT

        Plaintiff, SHARON LASSETER, by and through undersigned counsel and pursuant to U.S.M.D. of Florida Local Rule 3.08, hereby notifies the Court of Settlement of all issues in the above-styled action between the parties, the terms of which will not have been fully executed until October 7, 2019.

**Dated:  August 10, 2019**
                                    **LAW OFFICE OF**
                                    **HEATHER A. HARWELL, P.A.**

                                          /s/  Heather A. Harwell

19208
                            **HEATHER A. HARWELL, ESQUIRE**
                            FBN:  0796794
                            27446  Cashford Circle, Ste. 101
                            Wesley Chapel, Florida  33544
                            PH:  813-907-2933;  FX:  813-527-3667
                            EM:  HH1@FlDebtLaw.com
                            Attorney for Plaintiff,
                            **SHARON LASSETER**

        **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Settlement has been forwarded by e-mail to the following on **August 10, 2019**:

                            **ASHLEY WYDRO, ESQUIRE**
                            **DALE M. VAN HOOSE, ESQUIRE**
                            **Sessions, Fishman, Nathan & Israel, L.L.C.**
                            awydro@sessions.legal; dvanhoose@sessions.legal; evap@sessions.legal

                                    /s/  Heather A. Harwell

                          **HEATHER A. HARWELL, ESQUIRE**
                          FBN:  0796794